**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Floyd Quebedeaux
In Proper Person
1023 Regis Lagrange Road
Arnaudville LA 70512

**REHEARING ACTION: March 27, 2013**

**Docket Number: 12   00931-CA**

**GRANTT GUILLORY ENTERPRISES, INC.,**
**D/B/A KAJUN SEAFOOD**
**VERSUS**
**FLOYD QUEBEDEAUX**

**Appealed from St. Landry Parish Case No. 11C1604D**

**BEFORE JUDGES:**

    Hon. Ulysses Gene Thibodeaux
    Hon. Jimmie C. Peters
    Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Floyd Quebedeaux** has this day been

    **DENIED.**

cc: Bruce Achille Gaudin, Counsel for the Appellee